MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

JOSEPH HOBAN, et al.,

vs.

TOM DART, et al.,

PETER PAPALEO #20070024222
PLAINTIFF

FILED
12-10-2010
DEC 10 2010
MD
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DECLARATION

Case No. 09 CV 2218

Judge Pallmeyer

Magistrate Judge Denlow

PETER PAPALEO hereby states of (My, His) own free will:

1st. ISSUE - I wrote you and told you about witnessess that seen on Sept. 24-2010 while eating breakfast Mr. Kevin Peppers randomly approached me Peter Papaleo and begun striking me with closed fist on my head a few times and on my face for no apperant reason... On the same day that morning of Sept. 24-2010 an interview was film regard this incident. I Peter Papaleo wanted to press charges on Kevin Peppers as stated on the on the grievance sent to you.

Now the 2nd Issue - As of this day today 12-5-2010 - a week ago I was sent to med. clinic to renew my meds and Psych worker Young lied to Dr. Hall stating that I had a fight on 2-R-Div.10 - and told me P.P. and Dr. Hall why was I not moved acting on a bias bases because I wrote a grievance about how he Young placed me P.P. in danger knowingly documentation on grievance that they Young and staff were notified not taking precautions regard the grievance documented of my safety. Now because of Mr. Youngs lies I P.P. am being tapered of the Klonapin with an attempt to remove me P.P. from the Spych unit to population. I am being forced of my medication as prescribed do to my diagnosis keeping me P.P. stable. If for any reason you all do not want to add Dr. Spsych worker Young to the law suit - Please send me back the grievancess I have sent you're office of law. Something have to be done about Spych worker Young; having jeopordized many other patients wrecklessly provoking these incidents of harms ways. This mater have become very serious please do not take this matter litely. If my meds are completely taken off which they have been giving me P.P. for over 3½ years and on previous which they are aware of that is also my prescribed meds at home since 1999 - So now the matter is very serious because I will be cut of my medication, that is going to place me P.P. in danger health wize and physicaly and psychologicaly and to other inmates as well I will have; Actually I am being forced to to go to protective custody for the safety of others and my self securing a cell to my self behalf a man cell: which I will be locked down 23 hours and 1 hour out - with no access to therapy or any program. All completely cut off. Please take measures of this problem to be corrected as soon as posible according discipline conduct V.I.P. situation. This is my last declaration form please send me more do the new librarian law clerks changed completely the program of the law library require form to be filled out and compleated in order to be copy-ed they will no longer copy blank forms. Please take immediate action on my behalf... Thank you respectfully... God bless you.

I declare under penalty of perjury that the foregoing is true.

Date 12-6-10

Signature Peter Papaleo