## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH HOBAN, PETER PAPALEO, GLENN SIMS, AND TROLUS PICKETT | ) ) ) ) | |
| Plaintiffs | ) ) ) | No. 09 CV 2218 |
| v. | ) ) | |
| THOMAS DART, Sheriff of Cook County *et. al.* | ) ) ) ) ) | Honorable Judge Gary Feinerman |
| Defendants. | ) | |

### NOTICE OF MOTION

TO: Lars Peterson
Foley & Lardner
321 N. Clark Street, Suite 2800
Chicago, Illinois 60610

    **PLEASE TAKE NOTICE** that on June 15, 2011, at 9:00 a.m., I shall appear before the Honorable Judge Gary Feinerman in the courtroom usually occupied by him in Room 1725 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached motion *DEFENDANTS' MOTION TO SEVER PURSUANT TO RULE 21*.

                      ANITA ALVAREZ
                      State's Attorney of Cook County

                      By:   /s/ Patrick Smith_____
                            Patrick Smith
                            Assistant State's Attorney
                            Conflicts Counsel Unit
                            69 West Washington Street, Suite 2030
                            Chicago, Il 60602
                            (312) 603-1422

## **CERTIFICATE OF SERVICE**

      I, Patrick Smith, hereby certify that, in accordance with Fed. R. CIF. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the following document: *Defendants' Motion to Sever Pursuant to Rule 21* was served pursuant to the District Court's ECF system as to ECF filers on June 7, 2011 to:

> Lars Peterson
> Foley & Lardner
> 321 N. Clark Street, Suite 2800
> Chicago, Illinois 60610

                                    /s/ Patrick Smith